# UNITED STATES AIR FORCE
## COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM 40235** |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Ian M. ZIMMERMAN** | ) | |
| **Airman First Class (E-3)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 2** |

On 25 October 2022, Appellant submitted a Motion to Withdraw from Appellate Review and Attach. Specifically, Appellant moved to attach a DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant on 20 October 2022 and Appellant's counsel on 21 October 2022.

The Government did not submit any opposition.[*]

Accordingly, it is by the court on this 26th day of October, 2022,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and Attach is **GRANTED**. Appellant's case is forwarded to the Appellate Records Branch, JAJM, for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2019 ed.).

FOR THE COURT

ANTHONY F. ROCK, Maj, USAF
Deputy Clerk of the Court

---

[*] Appellant originally filed the motion on 5 October 2022. On 25 October 2022, Appellant filed this updated motion in which he withdrew the 5 October 2022 motion due to an error in the original submission. During this time, the Government did not file a response in support of or opposing the motion. *See* A.F. CT. CRIM. APP. R. 23.2 (establishing a deadline of two business days for parties to submit any response to a motion to withdraw from appellate review).